```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

DOROTHY LA'SHAY WALLACE,          :

    Petitioner,               :

v.                                :     CIVIL ACTION 10-0545-WS-M

EDWARD ELLINGTON,                 :

    Respondent.               :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition (Doc. 1) be DENIED and that this action be DISMISSED.

DONE this 22nd day of February, 2011.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE