IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DOROTHY LA'SHAY WALLACE,       :

    Petitioner,                :

v.                             :     CIVIL ACTION 10-0545-WS-M

EDWARD ELLINGTON,              :

    Respondent.                :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Edward Ellington and against Petitioner Dorothy La'Shay Wallace.

DONE this 22nd day of February, 2011.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE